# EXHIBIT 2

**Claim Chart – U.S. Patent No. 11,484,263 – BRELVO Smart Cupping Massager**

| U.S. 11,484,263 | BRELVO Smart Cupping Massager |
|---|---|
| 1. An apparatus comprising:<br><br>an energy generator comprising a plurality of generator elements operable to output a plurality of different energy types in a signal direction toward skin | The BRELVO Smart Cupping Massager is an apparatus with an energy generator, which has several generator elements. The energy generator elements are operable to output a plurality of different energy types such as heat and suction/pressure in a signal direction toward the skin.<br><br> |

|  |  **Dynamic Suction** Releases deep tension and improves circulation. |  **Red Light Therapy** Stimulates cell repair and collagen production. |
|---|---|---|
|  |  **Smart Heat Therapy** Improves blood flow and reduces inflammation. |  **Level control** 12 heat and suction levels, tailored to your comfort. |

BRELVO Smart Cupping Massager ('263 Patent)                                                                 2

| | |
|---|---|
| and a housing positionable on or adjacent the skin to maintain a position of the plurality of generator elements relative to the skin, | A housing is positionable on or adjacent the skin to maintain a position of the plurality of generator elements relative to the skin.<br> |

| | |
|---|---|
| each generator element of the plurality of generator elements being independently operable, when the housing is positioned on or adjacent the skin, to communicate with different nerves associated with the skin by outputting a different portion of an energy signal in the signal direction toward the skin with one energy type of the plurality of different energy types, | The BRELVO Smart Cupping Massager contains independently operable suction/pressure and heat buttons. When the housing is positioned on or adjacent the skin, these buttons are independently operable to apply the suction/pressure and/or heat to different nerves associated with the skin.<br><br> <br>**Dynamic Suction**  **Red Light Therapy**<br>Releases deep tension and improves circulation.   Stimulates cell repair and collagen production.<br><br> <br>**Smart Heat Therapy**  **Level control**<br>Improves blood flow and reduces inflammation.   12 heat and suction levels, tailored to your comfort. |

| | |
|---|---|
| the housing being adapted to promote flows of the plurality of different energy types in directions parallel with the signal direction and limit flows of the plurality of different energy types in directions transverse with the signal direction. | The housing promotes the flow of suction/pressure and heat energies toward the skin, and limits flows of such energies in transverse directions, *i.e.*, outside of the housing. The housing allows the BRELVO Smart Cupping Massager to provide suction/pressure treatment to a specific area of skin. In addition, the housing promotes the direction of the heat from the heat source (inside the main body of the device) toward the skin, and it limits the flow of heat outside the housing.<br> |